PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: BISHAY, Ayman      Cr.: 13-00705-004
     PACTS #: 319725

Name of Sentencing Judicial Officer:    THE HONORABLE WILLIAM J. MARTINI
                                           SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/21/2016

Original Offense: Conspiracy to Defraud the United States (count one); Sale or Receipt of Stolen Goods, Securities, Moneys, Etc. (count two)

Original Sentence: three (3) years probation; $10,000 fine, $300,000 restitution, $200 special assessment

Special Conditions: 1) six (6) months location monitoring; 2) new debt restrictions; and 3) self-employment/business disclosure

Type of Supervision: Probation                                  Date Supervision Commenced: 09/21/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Bishay has displayed noncompliance with the Location Monitoring Program by failing to answer curfew calls on two (2) occasions within January 2017. |

U.S. Probation Officer Action: Probation will present this document to Bishay. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio
     Senior U.S. Probation Officer

Date: 04/03/2017

Prob 12A – page 2
BISHAY, Ayman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(PROBATION RECOMMENDED)*

☐ Submit a request for modifying the conditions of supervision

☐ Submit a request for warrant or summons

☐ Other

_____
Signature of Judicial Officer

_____4/5/17_____
Date